IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AI PING ZHANG,

    Petitioner,

v.                                 CV 06-0709 MV/WPL

ANTHONY ROMERO,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed November 13, 2006. (Doc. 10.) The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date no objections have been filed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 10) are adopted by the Court, the motion to dismiss (Doc. 6) is granted, and the petition for writ of habeas corpus (Doc. 1) is dismissed without prejudice.

_____
MARTHA VÁZQUEZ
CHIEF UNITED STATES DISTRICT JUDGE